JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/09/24 | RTC-17 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving three appeals pending in two circuits as follows: Tenth Circuit and D.C. Circuit--appealing agency order 60 FERC (CCH), Order No. 61,213, dated August 28, 1992 |
| 92/09/24 | RTC-17 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in the D.C. Circuit and one appeal pending in the 10th Circuit - in the Tenth Circuit. The Tenth Circuit was selected. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 92/10/07 | RTC-17 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/09/24 FROM Federal Energy Regulatory Commission w/cert. of svc. (received on 9/28/92) |
| 92/10/07 | RTC-18 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Occupational Safety and Health Administration (OSHA) order involving four appeals pending in three circuits as follows: --appealing agency order Standard Governing Occupational Exposure to Cadmium, dated Published in Federal Register on September 14, 1992 (57 Fed.Reg. 42,102) |
| 92/10/07 | RTC-18 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating four appeals that were pending in three circuits in the Eleventh Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington Notified Occupational Safety and Health Administration (OSHA) and clerks in involved circuits. |
| 92/10/07 | RTC-16 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/09/18 FROM Federal Energy Regulatory Commission w/cert. of svc. (Received on 10/1/92) |

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/21 | RTC-15 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving four appeals pending in two circuits as follows: three in the U.S. Court of Appeals for the District of Columbia Circuit and one in the U.S. Court of Appeals for the First Circuit.--appealing agency order 58 FERC 61,070, dated January 29, 1992. (rew) |
| 92/02/21 | RTC-15 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating four appeals that were pending in two circuits in the U.S. Court of Appeals for the First Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits.    (rew) |
| 92/02/25 | RTC-15 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/02/21 FROM Federal Energy Regulatory Commission w/cert. of svc. |
| 92/09/18 | RTC-16 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the U.S. Court of Appeals for the District of Columbia Circuit and one in the U.S. Court of Appeals for the Eleventh Circuit.--appealing agency order 636-A, 60 F.E.R.C. 61,102 dated August 3, 1992. (rew) |
| 92/09/18 | RTC-16 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the U.S. Court of Appeals for the Eleventh Circuit. Random Selector Regina Hale, and Witness Rose E. Washington Notified Federal Energy Regulatory Commission and clerks in involved circuits. (rew) |